MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
THOMAS J. HANLON
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AUG - 9 2016
SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| Plaintiff, | **1:16-CR-02051-RMP-1** |
| vs. | <u>Ct 1</u>: 18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm |
| DONOVAN THOMAS CULPS, | <u>Ct 2</u>: 18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition |
| Defendants. | |

The Grand Jury charges:

## COUNT 1

That on or about April 17, 2016, in the Eastern District of Washington, the Defendant, DONOVAN THOMAS CULPS, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess

INDICTMENT 1

in and affecting interstate commerce a firearm, to wit: a Taurus, Model PT24/7 G2, .45 caliber semi-automatic pistol, serial number NET72774, which firearm had theretofore been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 2

That on or about April 17, 2016, in the Eastern District of Washington, the Defendant, DONOVAN THOMAS CULPS, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce ammunition, to wit: 42 rounds of .45 caliber ammunition, bearing headstamp PMC, which ammunition had theretofore been transported in interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

DATED: August 9, 2016

A TRUE BILL

MICHAEL C. ORMSBY
United States Attorney

THOMAS J. HANLON
Assistant United States Attorney