PROB 12C
(6/16)

Report Date: July 13, 2017

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Donovan Thomas Culps     Case Number: 0980 1:16CR02051-RMP-1
                                                                      0980 2:14CR00097-RMP-1

Address of Offender: ▬▬▬▬▬▬▬ White Swan, WA 98952

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence:

1:16CR02051-RMP-1: June 6, 2017
2:14CR00097-RMP-1: December 18, 2014

Original Offense:

| | |
|---|---|
| 1:16CR02051: | Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1) |
| 2:14CR00097: | Escape, 18 U.S.C. § 751(a) |

Original Sentence:                                              Type of Supervision: Supervised Release

1:16CR02051:        Prison - time served;
                      TSR - 3 years

2:14CR00097:        Prison - 1 year and 1 day;
                      TSR - 3 years

Revocation Sentence:

2:14CR00097:        Prison - 10 months;
                      TSR - 26 months

Asst. U.S. Attorney: Thomas J. Hanlon      Date Supervision Commenced: June 7, 2017

Defense Attorney: Jeremy B. Sporn         Date Supervision Expires: June 6, 2020

---

## PETITIONING THE COURT

    **To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Prob12C
Re: Culps, Donovan Thomas
July 13, 2017
Page 2

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **1:16CR02051: Standard Condition # 2:** After initially reporting to the probation office, you will receive instructions from the Court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.<br><br>**2:14CR00097: Standard Condition #9:** After initially reporting to the probation office, the defendant will receive instructions from the Court or the probation officer about how and when to report to the probation officer, and the defendant must report to the probation officer as instructed.<br><br>**Supporting Evidence**: On Monday, July 3, 2017, Mr. Culps failed to report to the United States Probation Office as directed.<br><br>Mr. Culps' conditions were reviewed with him on June 12, 2017. He signed his conditions acknowledging an understanding which included standard conditions #2 and #9, as noted above.<br><br>On June 29, 2017, this officer met with Mr. Culps at his residence. During that visit, this officer directed him to report to the probation office on July 3, 2017. Mr. Culps failed to report as directed. |
| 2 | **1:16CR02051: Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing as directed by the supervision officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**2:14CR00097: Special Condition #22:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On or about June 18 and 26, 2017, Mr. Culps consumed methamphetamine.<br><br>Mr. Culps' conditions were reviewed with him on June 12, 2017. He signed his conditions acknowledging an understanding which included special conditions #6 and #22, as noted above.<br><br>On June 20, 2017, this officer received a call from a staff member at Merit Resource Services (Merit) who stated Mr. Culps had provided a urinalysis (UA) sample which tested presumptive positive for methamphetamine. The staff member sent the sample into Alere Toxicology (Alere) for verification.<br><br>On June 21, 2017, Mr. Culps reported to the probation office and admitted to using methamphetamine on or about June 18, 2017. He signed a drug use admission form. |

Prob12C
**Re: Culps, Donovan Thomas**
**July 13, 2017**
**Page 3**

On June 26, 2017, Alere reported the June 20, 2017, sample tested positive for amphetamine/methamphetamine.

On June 29, 2017, Mr. Culps reported to the probation office. A UA sample was collected which tested presumptive positive for methamphetamine. Mr. Culps admitted to this officer he used methamphetamine on or about June 26, 2017.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 13, 2017

s/Jonathan Barcom

Jonathan Barcom
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

7/13/2017

Date